October 18, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

CITY OF GALVESTON, Appellant

NO. 14-11-00192-CV            V.

GALVESTON MUNICIPAL POLICE ASSOCIATION, JIMMY DE LOS SANTOS,
AND ROBERT SANDERSON, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, GALVESTON MUNICIPAL POLICE ASSOCIATION, JIMMY DE LOS SANTOS, AND ROBERT SANDERSON, signed February 3, 2011, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment that the claims against appellant, CITY OF GALVESTON, be **DISMISSED**.

We order appellees, GALVESTON MUNICIPAL POLICE ASSOCIATION, JIMMY DE LOS SANTOS, AND ROBERT SANDERSON, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.